UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NAIL,            )<br>         Plaintiff,        )<br>                        )<br>-v-                     )<br>                        )<br>STATE OF MICHIGAN, et al., )<br>         Defendants.    )<br>_____) | No. 1:12-cv-403<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having dismissed the complaint under 28 U.S.C. § 1915(e)(2) on the grounds of sovereign immunity and for failure to state a claim upon which relief may be granted against any defendant, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   June 6, 2012                                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge