UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NAIL,<br>      Plaintiff,<br><br>-v-<br><br>STATE OF MICHIGAN, et al.,<br>      Defendants. | No. 1:12-cv-403<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having dismissed the complaint under 28 U.S.C. § 1915(e)(2) on the grounds of sovereign immunity and for failure to state a claim upon which relief may be granted against any defendant, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 6, 2012              /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 Chief United States District Judge